IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

ONE 2018 LEXUS GX,

           Defendant.

Case No. 21-cv-632-wmc

---

DEFAULT JUDGMENT

---

The defendant and the potential claimants, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 11, 2022, and counsel for plaintiff having requested judgment against the defaulted defendant and potential claimants, and having filed a proper motion and declaration in accordance with the Federal Rule of Civil Procedure 55(a) and (b);

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.     The Default Judgment is hereby entered whereby all right, title, and interest in the defendant One 2018 Lexus GX, VIN: JTJBM7FX5J5183780 (2018 Lexus GX), is conveyed to the Plaintiff, the United States of America.

2. The 2018 Lexus GX is to be disposed of according to federal law.

DATED: March 18, 2022

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 10/18/22 day of October 2022.

Vivian Olmo-Upperman, Deputy Clerk
JOEL TURNER, Clerk of Court
United States District Court